Christopher A. Seeger, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY 10004
(212) 584-0700
Attorneys for Plaintiffs

IN THE UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>Paul Grant Macauley and Arlene Doris Macauley,<br><br>Plaintiffs,<br><br>v.<br><br>Pfizer, Inc.,<br><br>Defendant. | Index No. 07cv3458<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer<br><br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, PAUL GRANT MACAULEY and ARLENE DORIS MACAULEY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: June 15, 2009    By: _____
Christopher A. Seeger, Esquire
Seeger Weiss LLP
One William Street
New York, NY 10004
(212) 584-0700

*Attorneys for Plaintiffs*

Dated: August 6, 2009    By: _____

DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: _____ August 11 , 2009

_____
Hon. Charles R. Breyer
United States District Court

*GRANTED*
*[Signature]*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*